Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN RODGERS<br>    Plaintiff,<br><br>vs.<br><br>KEVIN S. YOO, an individual, and DOES 1-10 inclusive,<br>    Defendants. | Case No. 3:14-cv-03854-LB<br><br>*Civil Rights*<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

   Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff John Rodgers ("Plaintiff") hereby requests that the Court dismiss Plaintiff's Complaint against Defendant Kevin S. Yoo ("Defendant") with prejudice.

   The parties attended a court sponsored mediation on August 14, 2015 and settled the matter in its entirety. Subsequently, Plaintiff and Defendant entered into a formal settlement agreement. Plaintiff provided Defendant with a draft stipulation and proposed order of dismissal of Plaintiff's complaint with prejudice. Plaintiff received no response from Defendant's counsel and has therefore been unable to obtain a signed stipulation from Defendant. In order to comply with the November 5th, 2015 deadline (Docket No. 20), Plaintiff respectfully requests that the Court dismiss Plaintiff's complaint with prejudice.

|   |   |
|---|---|
| Dated: November 5, 2015 | */s/ Irene Karbelashvili*<br>By: Irene Karbelashvili<br>Attorney for Plaintiff<br>JOHN RODGERS |

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed <u>with</u> prejudice as against Defendant KEVIN S. YOO.

2. The Court is to retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS.

3. Each Party shall bear its own costs and fees in this action.

Dated: __November 6__, 2015                    _____
                                               Honorable Laurel Beeler, United States
                                               Magistrate Judge